**U.S. Department of Justice**

*United States Attorney's Office*
*District of New Jersey*

Susan Pappy
Assistant United States Attorney

970 Broad Street, 7th floor
Newark, New Jersey 07102
susan.pappy@usdoj.gov

main: (973) 645-2700
direct: (973) 645-2877
cell: (201) 407-2971

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
2026 FEB 13 P 2: 04

February 13, 2026

Clerk
United States District Court
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

Re: United States *ex rel.* [UNDER SEAL] v. [UNDER SEAL]
Civil Action No. 17-cv-1303-SRC

**FILED IN CAMERA AND UNDER SEAL**

Dear Madam:

I enclose for filing *ex parte* and under seal in the above-referenced case the following documents:

1. The United States' Notice of Election to Decline Intervention; Unsealing Matter; and Unsealing Certain Documents;
2. Proposed form of Order; and
3. Certificate of Service.

In accordance with the Court's new procedures for filing and receiving under seal filings, please advise us if and when the order has been entered, so that we may pick up a copy for our records.

Respectfully submitted,

TODD BLANCHE
U.S. Deputy Attorney General

PHILIP W. LAMPARELLO
Senior Counsel

By: /s/ Susan Pappy
Susan J. Pappy
Assistant U.S. Attorney

Enclosures

cc: Chambers of the Hon. Stanley R. Chesler
Robert Magnanini, Esq. (Relator's counsel via email)
Lareena J. Phillips (NAMFCU Coordinator via email)

TODD BLANCHE
U. S. Deputy Attorney General
PHILIP W. LAMPARELLO
Senior Counsel
SUSAN J. PAPPY
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Tel. (201) 407-2971
susan.pappy@usdoj.gov

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA *et al. ex rel.* STEPHEN G. ELLIOTT,<br><br>*Plaintiffs*,<br><br>v.<br><br>CORCEPT THERAPEUTICS, INC., DOHMEN LIFE SCIENCE SERVICES, LLC,<br><br>*Defendants*. | Hon. Stanley R. Chesler<br><br>Civil Action No. 17-CV-1303 (SRC)<br><br>**UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION; UNSEALING MATTER, UNSEALING CERTAIN DOCUMENTS** |

**FILED IN CAMERA AND UNDER SEAL**

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States, Plaintiff States and California Department of Insurance, notifies the Court of their election to decline to intervene in the above-captioned action.

Although the United States declines to intervene, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States; providing however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* Therefore, the United States requests that, should either the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the

United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States; the United States also requests that orders issued by the Court be sent to the Government's counsel. The United States reserves its right to order any deposition transcripts, to intervene in this action, for good cause, at a later date, and to seek the dismissal of the relator's action or claim. The United States also requests that it be served with all notices of appeal.

Given the declination by the United States, the United States respectfully requests that the Court issue an Order unsealing this matter, unsealing certain documents, and providing for all other documents to remain sealed. Specifically, the United States requests that: (i) Relator's Complaints, including Amended and original Complaints, this Notice, and the attached proposed Order be unsealed; and (ii) all other papers on file in this action remain under seal, because in discussing the content and extent of the United States' investigation, these papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and the time for making an election to intervene should be extended.

The United States is filing with this Notice a proposed Order.

Dated: February 13, 2025
Newark, New Jersey

Respectfully submitted,

TODD BLANCHE
U. S. Deputy Attorney General

PHILIP W. LAMPARELLO
Senior Counsel

By: *Susan J. Pappy*
Susan J. Pappy
Assistant U.S. Attorney
*Attorneys for United States of America*

TODD BLANCHE
U. S. Deputy Attorney General
PHILIP W. LAMPARELLO
Senior Counsel
SUSAN J. PAPPY
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Tel. (201) 407-2971
susan.pappy@usdoj.gov

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA *et al. ex rel.* STEPHEN G. ELLIOTT,<br><br>*Plaintiffs*,<br><br>v.<br><br>CORCEPT THERAPEUTICS, INC., DOHMEN LIFE SCIENCE SERVICES, LLC,<br><br>*Defendants*. | Hon. Stanley R. Chesler<br><br>*Civil Action No.* 17-CV-1303 (SRC)<br><br>**[PROPOSED] ORDER UNSEALING MATTER, AND UNSEALING CERTAIN DOCUMENTS** |

The United States, Plaintiff States and California Department of Insurance having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS on this _____ day of ___________, 2026,

ORDERED that:

1. This matter shall be unsealed;

2. The Complaint shall be unsealed and served upon the defendants by the relator;

3. All Amended and original Complaints shall be unsealed;

4. This Order and the United States' Notice of Election to Decline Intervention shall be unsealed, and the relator shall serve these documents upon the defendants after service of the Complaint;

5. All other contents of the Court's file in this action shall remain under seal and not be made public or served upon the defendants;

6. The seal is lifted as to all other matters occurring in this action after the date of this Order;

7. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time and may seek the dismissal of the relator's action or claim;

8. The parties shall serve all notices of appeal upon the United States;

9. All orders of this Court shall be sent to the United States; and

10. Should the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

______________________________________

Hon. Stanley R. Chesler
United States District Judge

TODD BLANCHE
U. S. Deputy Attorney General
PHILIP W. LAMPARELLO
Senior Counsel
SUSAN J. PAPPY
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Tel. (201) 407-2971
susan.pappy@usdoj.gov

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* STEPHEN G. ELLIOTT,<br><br>*Plaintiffs*,<br><br>v.<br><br>CORCEPT THERAPEUTICS, INC., DOHMEN LIFE SCIENCE SERVICES, LLC,<br><br>*Defendants*. | Hon. Stanley R. Chesler<br><br>*Civil Action No.* 17-CV-1303 (SRC)<br><br>**CERTIFICATE OF SERVICE** |

**FILED *IN CAMERA* & UNDER SEAL**

I, Susan J. Pappy, hereby certify that on February 13, 2026, I caused copies of the United States' Notice of Declination, and proposed form of Order, to be sent via e-mail to counsel for the relator at the following addresses:

David S. Stone
Robert Magnanini
Stone & Magnanini LLP
100 Connell Drive, Suite 2200
Berkeley Heights, NJ 07922
DStone@smcomplex.com
RMagnanini@smcomplex.com

*Counsel for Relator*

Quisteen Shum
Deputy Attorney General
California Department of Justice, Office of the Attorney General
Division of Medi-Cal Fraud and Elder Abuse
1615 Murray Canyon Road, Suite 70
quisteen.shum@doj.ca.gov
San Diego, CA 92108

Lareena J. Phillips
Special Deputy Attorney General
Medicaid Investigations Division
North Carolina Department of Justice
5505 Creedmoor Rd., Suite 300
Raleigh NC 27612
lphillips@ncdoj.gov
NAMFCU Coordinator

I swear that the foregoing statements are true and correct to the best of my ability and knowledge. I am aware that I am subject to penalty for any willful misstatement herein.

Dated: Newark, New Jersey
February 13, 2026

*/s/ Susan Pappy*
SUSAN J. PAPPY
Assistant United States Attorney

**U.S. Department of Justice**
United States Attorney's Office
*District of New Jersey*
*970 Broad Street, Suite 700*
*Newark, New Jersey 07102-2535*

Official Business

AUSA Susan Pappy
& Paralegal Pablo Vasquez

**U.S. Department of Justice**
United States Attorney's Office
*District of New Jersey*
*970 Broad Street, Suite 700*
*Newark, New Jersey 07102-2535*

Official Business

SEALED

**Hon. Stanley R. Chesler**
United States District Judge
United States Post Office & Courthouse
Federal Square
Newark, New Jersey 07102

RECEIVED
FEB 13 P 2: 06