TODD BLANCHE
U. S. Deputy Attorney General
PHILIP W. LAMPARELLO
Senior Counsel
SUSAN J. PAPPY
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Tel. (201) 407-2971
susan.pappy@usdoj.gov

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA *et al. ex rel.* STEPHEN G. ELLIOTT, | Hon. Stanley R. Chesler |
| | *Civil Action No.* 17-CV-1303 (SRC) |
| *Plaintiffs,* | **ORDER UNSEALING MATTER, AND UNSEALING CERTAIN DOCUMENTS** |
| v. | |
| CORCEPT THERAPEUTICS, INC., DOHMEN LIFE SCIENCE SERVICES, LLC, | |
| *Defendants.* | |

The United States, Plaintiff States and California Department of Insurance having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS on this 19th day of February, 2026,

ORDERED that:

1.    This matter shall be unsealed;

2.    The Complaint shall be unsealed and served upon the defendants by the relator;

3.    All Amended and original Complaints shall be unsealed;

1

4.      This Order and the United States' Notice of Election to Decline Intervention shall be unsealed, and the relator shall serve these documents upon the defendants after service of the Complaint;

5.      All other contents of the Court's file in this action shall remain under seal and not be made public or served upon the defendants;

6.      The seal is lifted as to all other matters occurring in this action after the date of this Order;

7.      The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time and may seek the dismissal of the relator's action or claim;

8.      The parties shall serve all notices of appeal upon the United States;

9.      All orders of this Court shall be sent to the United States; and

10.     Should the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

s/Stanley R. Chesler
_____
Hon. Stanley R. Chesler
United States District Judge

2