Anthony J. Staltari (Attorney ID No. 233022017)
Manisha M. Sheth (*pro hac vice* pending)
Quinn Emanuel Urquhart & Sullivan, LLP
295 Fifth Avenue, 9th Floor
New York, New York 10016
Tel.: (212) 849-7000
anthonystaltari@quinnemanuel.com
manishasheth@quinnemanuel.com

Michael T. Packard (*pro hac vice* pending)
Quinn Emanuel Urquhart & Sullivan, LLP
111 Huntington Ave, Suite 520
Boston, Massachusetts 02199
Tel.: (617) 712-7100
michaelpackard@quinnemanuel.com

*Attorneys for Defendant*
*Corcept Therapeutics, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA et al., *ex rel.* STEPHEN G. ELLIOTT,<br><br>*Plaintiffs*,<br><br>v.<br><br>CORCEPT THERAPEUTICS, INC.,<br><br>*Defendant*. | Civil Action No. 2:17-cv-01303-SRC-CF<br><br>Hon. Stanley R. Chesler<br><br>**<u>NOTICE OF MOTION TO DISMISS</u>**<br><br>**(ORAL ARGUMENT REQUESTED)**<br><br>**MOTION DATE: October 19, 2026** |

**PLEASE TAKE NOTICE**, that on **October 19, 2026**, or as soon thereafter as counsel may be heard, the undersigned attorneys for Defendant Corcept

Therapeutics, Inc. ("Corcept"), shall apply to the Honorable Stanley R. Chesler, United States District Judge for the United States District Court for the District of New Jersey, at the Frank R. Lautenberg U.S. Post Office and Courthouse, Courtroom PO 2, 2 Federal Square, Newark, NJ 07102, for an order pursuant to Fed. R. Civ. P. 12(b)(6) and 9(b) dismissing the Second Amended Complaint, and for such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE**, that in support of its Motion to Dismiss, Corcept shall rely upon the Memorandum of Law in Support of Corcept Therapeutics, Inc.'s Motion to Dismiss the Second Amended Complaint, and any additional submissions made hereafter.

**PLEASE TAKE FURTHER NOTICE**, that a proposed order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE**, that Corcept requests oral argument.

Respectfully submitted,

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Dated: September 21, 2026

*/s/ Anthony J. Staltari*

Anthony J. Staltari
(Attorney ID No. 233022017)
Manisha M. Sheth
(*pro hac vice* pending)
295 Fifth Avenue, 9th Floor
New York, New York 10016
Tel.: (212) 849-7000
anthonystaltari@quinnemanuel.com
manishasheth@quinnemanuel.com

Michael T. Packard
(*pro hac vice* pending)
Quinn Emanuel Urquhart & Sullivan, LLP
111 Huntington Ave, Suite 520
Boston, Massachusetts 02199
Tel.: (617) 712-7000
michaelpackard@quinnemanuel.com

*Attorneys for Defendant Corcept Therapeutics, Inc.*

**CERTIFICATE OF SERVICE**

Anthony J. Staltari hereby certifies pursuant to 28 U.S.C. § 1746 that:

1. I am an attorney at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Corcept in this action and am a member in good standing of the Bar of the United States District Court for the District of New Jersey.

2. On this date, I filed the annexed document via the CM/ECF system for the U.S. District Court for the District of New Jersey, thereby effectuating service of same upon all counsel of record via electronic means.

I certify under penalty of perjury that the foregoing statements are true and correct. Executed in New York, New York on this 21st day of September, 2026.

*/s/ Anthony J. Staltari*
Anthony J. Staltari