**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA et al., ex rel. STEPHEN G. ELLIOTT,<br><br>Plaintiffs,<br><br>v.<br><br>CORCEPT THERAPEUTICS, INC.,<br><br>Defendant. | Civil Action No. 17-CV-1303 (SRC) (CF)<br><br>**CONSENT ORDER EXTENDING RELATOR'S TIME TO OPPOSE DEFENDANT CORCEPT THERAPEUTICS, INC.'S MOTION TO DISMISS** |

This matter having come before the Court by agreement of the parties, for an order extending Relator Stephen G. Elliott's ("Relator") time to oppose Defendant Corcept Therapeutics, Inc.'s ("Corcept") motion to dismiss Relator's Second Amended Complaint (ECF No. 36, "SAC"), which Corcept filed on September 21, 2026, and originally noticed for October 19, 2026 (ECF No. 45, the "Motion"); and the Court having considered the matter; and for good cause shown,

IT IS ON THIS ____5th____ day of ______October_______, 2026,

ORDERED that the time in which Relator may file opposition to the Motion is hereby extended to and including December 9, 2026; and it is further

ORDERED that Corcept shall file any reply in further support of the Motion on or before January 22, 2027; and it is further

ORDERED that the Motion shall be returnable on February 1, 2027, or on such other date as the Court may set.

/s Stanley R. Chesler
Hon. Stanley R. Chesler, U.S.D.J.